STATE OF CONNECTICUT *v.* GREGORY WYNTER

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 654, is denied.

*Kent Drager,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, in opposition.

Decided October 25, 1989

WILLIAM T. EVANS *v.* GEORGE BRONSON, WARDEN

The plaintiff's petition for certification for appeal from the Appellate Court, 19 Conn. App. 571, is denied.

*William T. Evans,* pro se, in support of the petition.

Decided October 25, 1989

BENJAMIN I. TEDESCO *v.* CITY OF STAMFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 20 Conn. App. 51, is granted, limited to the following issue:

"Did the Appellate Court err in setting aside the judgment for the plaintiff and in directing judgment for the defendants because the complaint failed to allege that the violation of his constitutional right relied upon was attributable to the operation of a municipal government policy, ordinance, regulation or officially adopted and promulgated decision?"

*Christopher R. Bello,* in support of the petition.

*James V. Minor,* assistant corporation counsel, in opposition.

Decided October 25, 1989